**DEBTOR:** Pacific Development LC        **POST CONFIRMATION QUARTERLY REPORT**

**CH. 11 CASE NO:** 10-22754-RKM     **FOR QUARTER ENDED:** 3/31/2013

**SUMMARY OF DISBURSEMENTS MADE DURING QUARTER:**

1. CASH BALANCE, BEGINNING OF QUARTER         $ 8666.13
2. CASH RECEIPTS DURING QUARTER FROM ALL SOURCES    27995.95
3. CASH DISBURSEMENTS DURING QUARTER, INCLUDING PLAN PAYMENTS ( 32755.61 )
4. CASH BALANCE, END OF QUARTER (OR AS OF REPORT DATE FOR FINAL REPORT)   $ 11227.02

**SUMMARY OF AMOUNTS DISBURSED UNDER PLAN:**

| | Paid During Quarter | Total Paid to Date | Total Pyts. Projected Under Plan |
|---|---|---|---|
| **1. ADMINISTRATIVE EXPENSES** | | | |
| Plan Trustee Compensation | $ 650 | $ 650 | |
| Plan Trustee Expense | | | |
| Attorney Fees - Trustee | | | |
| Attorney Fees - Debtor | 3000 | 4000 | |
| Other Professionals | | | |
| Other Administrative Expenses | | | |
| TOTAL ADMINISTRATIVE EXPENSES | $ | $ | |
| **2. SECURED CREDITORS** | $ 0 | | |
| **3. PRIORITY CREDITORS** | $ | | |
| **4. UNSECURED CREDITORS** | $ | | |
| **5. EQUITY SECURITY HOLDERS** | $ | | |
| **6. Attach additional sheets as nece** | $ | | |
| **TOTAL PLAN PAYMENTS** | $ 3650 | $ 4650 | |

| | Amount | Date | Check No. |
|---|---|---|---|
| **QUARTERLY FEE PAID:** | $ 650 | 4/17/13 | 1388 |

**PLAN STATUS:**                                                            Yes No

1. Have all payments been made as set forth in the confirmed plan? (If no, attach explanation.) [x] [ ]

2. Are all post-confirmation obligations current? (If no, attach explanation.) [x] [ ]

3. Projected date of application for final decree: _____

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING POST CONFIRMATION QUARTERLY REPORT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

Attach additional sheets as necessary    [signature]
                                        Reorganized Debtor
                                    By: Ottavio Belvedere
                                        Title: Managing member

Email & Phone: ottaviobel@yahoo.com    Form 3
                                       Rev. 6/1/2006